# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TP-LINK TECHNOLOGIES CO., LTD.,<br><br>　　　　Defendant. | Civil Action No. 4:19-cv-765 ALM |

### ORDER GRANTING DEFENDANT TP-LINK TECHNOLOGIES CO., LTD.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION

Before the Court is Defendant TP-Link Technologies Co., Ltd.'s Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction ("the Motion"). Upon consideration of the pleadings, the Motion, the briefs of all parties, and the relevant legal authorities, the Court is of the opinion that the Motion is well-taken and should be granted in all respects.

It is therefore, ORDERED, ADJUDGED, and DECREED that the Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction is GRANTED and all claims and causes of action against Defendant are hereby DISMISSED with prejudice.

　　SO ORDERED.