TIN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC, <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK TECHNOLOGIES CO., LTD., <br><br> Defendant. | Civil Action No. 4:19-cv-765 ALM <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF STEPHEN R. SMEREK

COMES NOW, Defendant TP-LINK TECHNOLOGIES CO., LTD., hereby notifies the Court and all parties of record that Stephen R. Smerek, of Foley & Lardner LLP, 555 S. Flower Street, Suite 3500, Los Angeles, California 90071-2411, email: ssmerek@foley.com, Telephone: (213) 972-4500, will be appearing as attorney of record on its behalf in the above-styled and numbered cause.

Dated: March 5, 2020  Respectfully submitted,

 /s/ Stephen R. Smerek
Stephen R. Smerek
Tiffany K. Sung
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Tel: 213.972.4500
Fax: 213.486.0065
email: ssmerek@foley.com
　　　　tsung@foley.com

*Attorneys for Defendant*
TP-LINK TECHNOLOGIES CO., LTD.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on March 5, 2020, in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service.

*/s/ Stephen R. Smerek*
Stephen R. Smerek

4833-8047-8390.1