# EXHIBIT Q

## About TP-Link

Founded in 1996, TP-Link is a global provider of reliable networking devices and accessories, involved in all aspects of everyday life. The company is consistently ranked by analyst firm IDC as the No. 1 provider of Wi-Fi devices*, supplying distribution to more than 170 countries and serving billions of people worldwide.

With a proven heritage of stability, performance and value, TP-Link has curated a portfolio of products that meet the networking needs of all individuals. Now, as the connected lifestyle continues to evolve, the company is expanding today to exceed the demands of tomorrow.

To know more about us, you could get regional contact information from "Contact Us" part.

For media request, please mail to pr.usa@tp-link.com.

*According to latest published IDC Worldwide Quarterly WLAN Tracker Report, Q2 2018 Final Release.

  

**Subscribe**

Email Address          Sign Up

**Let's Connect**

| About Us | Press | Partners | Learning Center |
|---|---|---|---|
| Corporate Profile | News | Partner Program | |
| Contact Us | Security Advisory | Training & Certifications | |
| Careers at TP-Link | | Deal Registration | |
| Privacy Policy | | | |

Chat Now

TP-Link About Us - Corporate Profile - Company Introduction

United States / English

Copyright © 2020 TP-Link Technologies Co., Ltd. All rights reserved.

Chat Now