**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| AMERICAN PATENTS LLC, <br><br> Plaintiff, <br><br> v. <br><br> TP-LINK TECHNOLOGIES CO., LTD., <br><br> Defendant. | CIVIL ACTION NO. 4:19-cv-765-ALM <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION TO SUBSTITUTE AND TO DISMISS
A CERTAIN DEFENDANT WITHOUT PREJUDICE**

WHEREAS defendant TP-Link Technologies Co., Ltd. denies that it is subject to personal jurisdiction in the Eastern District of Texas and has filed motions to quash service and dismiss all claims for lack of personal jurisdiction; and

WHEREAS to resolve the present dispute regarding service of process and personal jurisdiction for the limited purpose of this case, and moot the pending motions to quash and dismiss for lack of personal jurisdiction, in consideration of the mutual agreements between the parties, the parties agree as follows:

WHEREAS defendant TP-Link Technologies Co., Ltd. represents and warrants to plaintiff American Patents LLC ("American Patents") as follows:

1. TP-Link USA Corporation has been involved in importing, selling, and offering for sale of the accused products.

2. TP-Link USA Corporation can satisfy any adverse judgment in this action.

3. TP-Link USA Corporation agrees that, for the limited purpose of this case, in return for the mutual promises of the parties herein, any documents or things that may be relevant to this action and that are in the possession, custody, or control of TP-Link Technologies

Co., Ltd. will be deemed to also be in the possession, custody, or control of TP-Link USA Corporation.

4. TP-Link USA Corporation agrees that it will not contest any allegation or judgment of liability or damages on the basis that the proper TP-Link entity that offers or provides the accused products is not named as a party to the lawsuit.

5. TP-Link USA Corporation agrees that, for this case only, it will not assert that venue in the Eastern District of Texas is improper under Section 1400(b).

6. American Patents, TP-Link Technologies Co., Ltd., and TP-Link USA Corporation agree that any reference in the Original Complaint and the First Amended Complaint to "TP-Link" or "Defendant" shall mean TP-Link USA Corporation.

7. TP-Link Technologies Co., Ltd. will not file a declaratory judgment action against American Patents relating to the patents-in-suit as long as American Patents does not seek to reinstate any claims against them relating to the patents-in-suit.

NOW THEREFORE, TP-Link Technologies Co., Ltd. and American Patents jointly move (1) that TP-Link USA Corporation be substituted for TP-Link Technologies Co., Ltd., (2) that TP-Link Technologies Co., Ltd. be dismissed without prejudice from this action, with all parties bearing their own costs and fees, (3) that TP-Link Technologies Co., Ltd.'s pending motions to quash and to dismiss for lack of personal jurisdiction be deemed withdrawn and moot, and (4) that TP-Link USA Corporation be given 14 days from entry of the order granting substitution to file an answer to the First Amended Complaint.

Dated: April 22, 2020

Respectfully submitted,

*/s/ Zachariah S. Harrington*
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com

        Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000
(713) 581-3020 fax

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for American Patents LLC*

Dated: April 22, 2020        Respectfully submitted,

*/s/ Stephen R. Smerek*
Terrell Richard Miller
Texas Bar No. 42046446
tmiller@foley.com
FOLEY & LARDNER LLP
1000 Louisiana Street, Suite 2000
Houston, TX 77002-2099
Tel: (713) 276-5706
Fax: (713) 276-5555

Stephen R. Smerek (admitted E.D. Tex.)
California Bar No. 208343
ssmerek@foley.com
Tiffany K. Sung (admitted E.D. Tex.)

3

tsung@foley.com
California Bar No. 323077
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Tel: (213) 972-4500
Fax: (213) 486-0065

*Attorneys for TP-Link Technologies Co., Ltd. and TP-Link USA Corporation*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of April 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: <u>*/s/ Zachariah S. Harrington*</u>
Zachariah S. Harrington